UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEFIT OPERATING COMPANY, LLC,

   Plaintiff,         Case No. 1:24-CV-1137

v                Hon. Ray Kent

ZRG PARTNERS, LLC,

   Defendant.
_____/

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and (b)(1), I hereby disqualify myself from all further proceedings in this case.  The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated: January 23, 2025     /s/ Ray Kent
               RAY KENT
               United States Magistrate Judge